IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

KENNETH L. WRIGHT,
ADC #088454D                                                                                       PLAINTIFF

v.                                              4:20-cv-00215-JM-JJV

CARRIE WILLIAMS,
Director, Arkansas Community Correction; and
RENU LIFE CENTER                                                                             DEFENDANTS

## ORDER

The Court has reviewed the Recommendation submitted by United States Magistrate Judge Joe J. Volpe and Plaintiff's objections. After conducting a *de novo* review, this Court adopts the Recommendation in its entirety as its findings in all respects. Plaintiff offers to amend his Complaint to make his claims clearer. However, an amendment would be futile because Plaintiff does not allege he was denied a fundamental right or discriminated against based on a suspect classification. Designation as a level 3 or 4 sex offender is not a suspect classification for purposes of equal protection under the Fourteenth Amendment.

IT IS THEREFORE ORDERED that:

1. The Complaint (Doc. No. 2) is DISMISSED WITHOUT PREJUDICE for failure to state a claim upon which relief may be granted.

2. Dismissal of this action is a "strike" for purposes of 28 U.S.C. § 1915(g).

3. It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

Dated this 26th day of March 2020.

_____
UNITED STATES DISTRICT JUDGE